```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

JESSIE RIGGS, # 152652,        *
                               *
    Petitioner,            *
                               *
vs.                            *   CIVIL ACTION NO. 19-00152-KD-B
                               *
REOSHA BUTLER,                 *
                               *
    Respondent.            *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 13, 2022 (Doc. 22) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Jessie Riggs's habeas corpus petition under 28 U.S.C. § 2254 is **DENIED,** that this action is **DISMISSED with prejudice**, and that Petitioner Riggs is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** this 22nd day of February **2022.**

                                                    s/ Kristi K. DuBose
                                                  **KRISTI K. DuBOSE**
                                                  **UNITED STATES DISTRICT JUDGE**